**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 29 2014



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CURLIN PENNICK, III,

               Plaintiff - Appellant,

  v.

JOE WILLIAMSON, Cook, Stafford Creek Correctional Center,

               Defendant - Appellee.

No. 13-35120

D.C. No. 3:11-cv-05971-RBL

MEMORANDUM[*]

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted May 13, 2014[**]

Before:     CLIFTON, BEA, and WATFORD, Circuit Judges.

     Washington state prisoner Curlin Pennick, III, appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging that the

denial of kosher meals for over two days during Passover violated his First

---

    [*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Amendment rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Garcia v. County of Merced*, 639 F.3d 1206, 1208 (9th Cir. 2011). We affirm.

The district court properly granted summary judgment on the basis of qualified immunity because there was no genuine dispute of material fact as to whether defendant Williamson reasonably relied on the Passover meals-list which mistakenly omitted Pennick. *See Estate of Ford v. Ramirez-Palmer*, 301 F.3d 1043, 1049-50 (9th Cir. 2002) (holding that a prison official may be entitled to qualified immunity where he has a reasonable, but mistaken, belief about the facts or about what the law requires in a given situation); *see also Hunter v. Bryant*, 502 U.S. 224, 229 (1991) (per curiam) ("The qualified immunity standard 'gives ample room for mistaken judgments' by protecting 'all but the plainly incompetent or those who knowingly violate the law.'" (citation omitted)).

Pennick's motion to supplement the record on appeal, filed on June 10, 2013, is denied.

**AFFIRMED.**